# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN D. CAREY, an individual; POPULUS FINANCIAL GROUP, INC., a Texas Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-03078-TJH-RAOx<br><br>*Hon. Terry J. Hatter Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE   [JS-6]**<br><br>Action Filed: April 20, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff's action against Defendants is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  APRIL 21, 2022

                                                Hon. Terry J. Hatter Jr.
United States District Judge